# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5150**                                   September Term, 2023

1:21-cv-00418-RBW

Filed On: June 11, 2024 [2058940]

Robert B. Bergdahl,

    Appellee

  v.

United States of America,

    Appellant

------------------------------

Consolidated with 24-5154

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated as cross-appeals. Appellant in case No. 24-5154 is directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | July 11, 2024 |
| Statement of Issues to be Raised | July 11, 2024 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
Emily K. Campbell
Deputy Clerk

The following forms and notices are available on the Court's website:

Civil Docketing Statement Form