# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 24-5150**  **September Term, 2024**

**1:21-cv-00418-RBW**

**Filed On: February 26, 2025** [2102832]

Robert B. Bergdahl,

    Appellee

  v.

United States of America,

    Appellant

------------------------------

Consolidated with 24-5154

## **O R D E R**

Upon consideration of appellant/cross-appellee's unopposed motion for extension of time to file the opening brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in these cases:

| | |
|---|---|
| Appellants' Brief | April 7, 2025 |
| Appellees' & Cross-Appellants' Brief | May 7, 2025 |
| Appellants' Reply & Cross-Appellees' Brief | June 6, 2025 |
| Cross-Appellants' Reply Brief | June 27, 2025 |
| Deferred Appendix | July 7, 2025 |
| Final Briefs | July 21, 2025 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk