# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5150**                            **September Term, 2025**

1:21-cv-00418-RBW

Filed On: December 2, 2025 [2148127]

Robert B. Bergdahl,

        Appellee

        v.

United States of America,

        Appellant

------------------------------

Consolidated with 24-5154

**O R D E R**

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of these cases scheduled for December 12, 2025, at 9:30 A.M.:

        Appellant United States of America    -    15 Minutes

        Appellee Robert Bergdahl    -    15 Minutes

One counsel per side to argue. The panel considering these cases will consist of Chief Judge Srinivasan, and Circuit Judges Wilkins and Katsas.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by December 4, 2026.

### Per Curiam

                                                     **FOR THE COURT:**
                                                     Clifton B. Cislak, Clerk

                           BY:     /s/
                                                    Michael C. McGrail
                                                    Deputy Clerk

The following forms and notices are available on the Court's [website:](#)

[Notification to the Court from Attorney Intending to Present Argument (Form 72)](#)