# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5150**  **September Term, 2025**

1:21-cv-00418-RBW

Filed On: December 12, 2025 [2150134]

Robert B. Bergdahl,

    Appellee

  v.

United States of America,

    Appellant

------------------------------

Consolidated with 24-5154

    **BEFORE:**    Chief Judge Srinivasan, and Circuit Judges Wilkins and Katsas

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Friday, December 12, 2025 at 9:33 a.m. The cause was heard as case No. 3 of 3 and argued before the Court by:

  Brad Hinshelwood (DOJ), counsel for Appellant United States of America.

  Eugene R. Fidell, counsel for Appellee Robert Bergdahl.

                                                **FOR THE COURT:**
                                                Clifton B. Cislak, Clerk

                            BY:    /s/
                                        Anne A. Rothenberger
                                        Deputy Clerk