FELDESMAN LLP
1229 20th Street, N.W., Suite 400
Washington, DC 20036

December 15, 2025

Clifton Cislak, Esq.
Clerk of the Court
U.S. Court of Appeals for the District of Columbia Circuit
333 Constitution Ave., N.W.
Washington, DC 20001

Re: *Bergdahl v. United States*, Nos. 24-5150 & 24-5154

Dear Mr. Cislak:

This Rule 28(j) letter relates to matter that arose during the *Bergdahl* hearing.

When the United States is the defendant, the complaint need not name the particular agency or official concerned. 5 U.S.C. § 702; *Jenner & Block LLP v. U.S. Dep't of Justice*, 784 F. Supp.3d 76, 116 (D.D.C. 2025), *appeal pending*, No. 25-5265. Under the third sentence of § 702 and its proviso, that need only be done in the final order setting forth the injunctive relief. Should we prevail, such an order would specify the Secretary of the Army, who is the only official (other than the United States Attorney and the Attorney General) we identified at the outset for service of the complaint. JA 489. Section 702's waiver of sovereign immunity for actions – like this – that seek "relief other than money damages" applies to both APA and non-APA claims. *E.g., Roscoe v. Garland*, 60 F.4th 684, 691 (D.C. Cir. 2023).

Respectfully submitted,

/s/ *Eugene R. Fidell*

*Attorney for Appellee/Cross-Appellant*

CERTIFICATE OF SERVICE

    I certify that, I have, this 15th day of December, 2025, electronically filed the foregoing letter through the CM/ECF system. Opposing counsel are registered CM/ECF users and will be served by that system.

    /s/ *Eugene R. Fidell*