FELDESMAN LLP
1229 20th Street, N.W., Suite 400
Washington, DC 20036

July 20, 2026

Clifton Cislak, Esq.
Clerk of the Court
U.S. Court of Appeals for the District of Columbia Circuit
333 Constitution Ave., N.W.
Washington DC 20001

Re: *Bergdahl v. United States*, Nos. 24-5150 & 24-5154

Dear Mr. Cislak:

This letter is submitted pursuant to Fed. R. App. P. 28(j).

In further response to the government's contentions that the District Court lacked federal question jurisdiction and that the case is barred by sovereign immunity, we respectfully invite the Court's attention to *Tinsley v. United States*, 2026 WL 2078158, Civil No. 24-02988 (APM) (D.D.C. July 18, 2026).

Judge Mehta also wrote that "[t]o the extent Defendant contests the ability of the court to grant relief beyond a declaration that the [court-martial] judgment is void, *see* Def.'s Mem. [*Tinsley* ECF No. 32] at 26-26, the court need not reach that issue; the court holds that the judgment is not void because the military courts gave Plaintiff 'full and fair consideration' of his claims." 2026 WL 2078158 at *2.

Mr. Bergdahl seeks declaratory as well as injunctive relief. *See* Bergdahl Final Main Br. at 9 & n.4; Amended Complaint, ECF No. 3, at 1, 14.

Respectfully submitted,

/s/ *Eugene R. Fidell*

*Attorney for Appellee/Cross-Appellant*

CERTIFICATE OF SERVICE

I certify that, I have, this 20th day of July, 2026, electronically filed this letter through the CM/ECF system. Opposing counsel are registered CM/ECF users and will be served by that system.

/s/ *Eugene R. Fidell*